STATE OF KANSAS, *Appellee*, v. WILLIAM R. LONG, *Appellant*.

No. 48,364

Opinion filed December 11, 1976.

*James D. Hopper*, of Wichita, argued the cause, and was on the brief for the appellant.

*Christopher Randall*, assistant district attorney, argued the cause, and *Curt T. Schneider*, attorney general, *Keith Sanborn*, district attorney, and *Robert L. Kennedy, Jr.*, assistant district attorney, were on the brief for the appellee.

SCHROEDER, J. Affirmed.

PRAGER, J., concurring.

STATE OF KANSAS, *Appellee*, v. FREDERICK G. GATEWOOD, *Appellant*.

No. 48,316

Opinion filed January 7, 1977.

*Joseph D. Johnson*, of Topeka, argued the cause and was on the brief for the appellant.

*Donald P. Morrison*, assistant district attorney, argued the cause, and *Curt T. Schneider*, attorney general, and *Gene M. Olander*, district attorney, were with him on the brief for the appellee.

FOTH, C. Affirmed.
APPROVED BY THE COURT.

STATE OF KANSAS, *Appellee*, v. DONALD L. HAMMOND, *Appellant*.

No. 48,240

Opinion filed January 22, 1977.

*J. Paul Maurin, III, M. Warren McCamish*, and *Jay H. Vader*, of Maurin, McCamish and Vader, of Kansas City, were on the brief for the appellant.

*Curt T. Schneider*, attorney general, *Nick A. Tomasic*, district attorney, and *Thomas L. Boeding*, assistant district attorney, were on the brief for the appellee.

*Per Curiam.* Affirmed.